**UNITED STATED BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

In re:                                                          Case No. 17-56589

TIFFANY BUCKNER,                                    Chapter 7
and
TIMOTHY BUCKNER,                                  Judge Thomas J. Tucker

                    Debtors.
_____/

**ORDER GRANTING MOTION TO REOPEN CASE,**
**AND CANCELLING SEPTEMBER 5, 2018 HEARING**

        This case is before the Court on the motion filed by the Michigan Unemployment
Insurance Agency (the "Movant"), entitled "Motion to Reopen Case Pursuant to 11 U.S.C.
§ 350(B), Fed. R. Bankr. P. 4007(B) and Fed. R. Bankr. P. 5010," filed July 26, 2018 (Docket #
18, the "Motion"). The Debtors filed a response objecting to the Motion (Docket # 19). The
Motion is currently scheduled for a hearing, to be held tomorrow (Wednesday, September 5,
2018) at 9:00 a.m.

        After carefully considering the Motion and the Debtor's objection, the Court now
concludes that a hearing on the Motion is not necessary, and that the Motion should be granted,
on the terms stated in this Order.

        The Court concludes that there is "cause" to reopen this bankruptcy case under 11 U.S.C.
§ 350(b), to allow the Movant to file an adversary proceeding seeking a determination of
dischargeability against the Debtor Tiffany Buckner. The arguments of the parties about the
timeliness of the Movant's actions in filing such an adversary proceeding, and in filing its
Motion, are arguments that can and should be litigated and decided in the adversary proceeding,
rather than now on the motion to reopen the bankruptcy case.

        Accordingly,

        IT IS ORDERED that:

1. The Motion is granted.

2. This bankruptcy case is reopened, to permit the Movant to file an adversary proceeding
seeking a determination that the Debtor Tiffany Buckner's debt to Movant is nondischargeable
under 11 U.S.C. § 523(a)(2) and/or 11 U.S.C. § 523(a)(3)(B).

3.  The Movant must file any such adversary proceeding no later than September 11, 2018, or the Court may once again close this bankruptcy case, without further notice or hearing.

4.  This Order is without prejudice to any argument the Debtor Tiffany Buckner may make that any such adversary proceeding is untimely, and to any argument the Movant may make to the contrary.[1]

5.  The hearing on the Motion, scheduled for September 5, 2018 at 9:00 a.m., is cancelled.

**Signed on September 4, 2018**



/s/ **Thomas J. Tucker**

**Thomas J. Tucker**
**United States Bankruptcy Judge**

---

[1]  This includes the timeliness-related arguments made by Movant in the Motion, and by the Debtor in her objection to the Motion.  Because the Debtor's objection to the Motion includes a reference to tolling, the Court wishes to make the parties aware of the following published case authored by the undersigned judge, and its discussion of equitable tolling in this context: *Wahrman v. Bajas* (*In re Bajas*), 443 B.R. 768, 773-74 (Bankr. E.D. Mich. 2011).

2